UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Robert Balducci

Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

21 -CR- 355 ) ( )

Defendant **Robert Balducci** hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

s/ Robert Balducci
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Robert Balducci**
_____
Print Defendant's Name

*Lorraine GauliRufo*
_____
Defendant's Counsel's Signature

Lorraine Gauli-Rufo
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/26/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge