**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

 -against-

ROBERT BALDUCCI,
    Defendant.
------------------------------------------------------------X

21 CR. 355 (RMB)

**ORDER**

  In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, July 1, 2021 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0355

Dated: June 23, 2021
   New York, NY

              _____
               RICHARD M. BERMAN
                 U.S.D.J.