

| | |
|---|---|
| NEW JERSEY OFFICE<br>130 POMPTON AVENUE<br>VERONA, NJ 07044<br>(973) 239-4300 | NEW YORK OFFICE<br>48 WALL STREET, 5TH FLOOR<br>NEW YORK, NY 10005<br>(646) 779-2746 |

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

*Via ECF*  June 24, 2021

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
District of New Jersey

        Re: *United States v. Robert Balducci*
           21-CR-00355 (RMB)

Dear Berman:

    A status conference is scheduled before Your Honor for July 1, 2021. We just received the discovery from the government today and are requesting an adjournment of the conference for 30 days. This adjournment would permit us to have an opportunity to review the discovery and to engage in discussions with the government regarding the case. Jarrod Lee Schaeffer, AUSA, on behalf of the Government consents to this request, and we further consent to the exclusion of time under the Speedy Trial Act. Your Honor's consideration of this request is greatly appreciated.

                                      Respectfully submitted,
                                      s/
                                      Lorraine Gauli-Rufo
                                      Attorney for Robert Balducci

---

Application granted. Conference adjourned to Monday, August 2, 2021 at 9:30 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 6/25/21     *Richard M. Berman*
Richard M. Berman, U.S.D.J.