

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2021

**By ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Balducci*, 21 Cr. 355 (RMB)

Dear Judge Berman:

    The Government writes respectfully in advance of the upcoming status conference in this case, which is currently scheduled for August 2, 2021. Defense counsel has advised that the defendant requires additional time to review discovery, and the parties also seek additional time to discuss a potential pretrial resolution. Accordingly, the parties respectfully request that the August 2 conference be adjourned for approximately thirty (30) days to a date and time convenient for the Court.

    For similar reasons, including allowing the defendant to continue reviewing discovery and to permit the parties additional time to discuss a potential pretrial disposition, the Government further requests that time be excluded under the Speedy Trial Act from August 2, 2021, through the date of any newly-scheduled proceeding. *See* 18 U.S.C. § 3161(h)(7)(A). The Government has conferred with defense counsel, who consents to the adjournment and exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney
    Southern District of New York

By:    */s/ Jarrod L. Schaeffer*
    Jarrod L. Schaeffer
    Assistant United States Attorney
    Tel: (212) 637-2270

---

Application granted. Conference adjourned to Wednesday, September 22, 2021 at 10:30 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 7/28/21
Richard M. Berman, U.S.D.J.