**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

ROBERT BALDUCCI,
               Defendant.
------------------------------------------------------------X

21 CR. 355 (RMB)

**ORDER**

      The plea hearing scheduled for Tuesday, October 26, 2021 at 9:30 AM will be held in Courtroom 17B.

Dated: October 21, 2021
       New York, NY

                                         _Richard M. Berman_
                                         RICHARD M. BERMAN
                                               U.S.D.J.