**LGR**

W, LLC

AL CRIMINAL DEFENSE

POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
RRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

> Application granted on consent.
>
> _____
> _____
> _____
> _____
> _____
>
> SO ORDERED:
> Date: 1/6/22        *Richard M. Berman*
>                     Richard M. Berman, U.S.D.J.

January 4, 2022

Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                    Re: *United States v. Robert Balducci*
                        21-CR-00355 (RMB)

Dear Judge Berman:

    Mr. Balducci was released on bond on May 26, 2021, with travel restrictions to SDNY, EDNY and the DNJ.  We would like to request to modify his travel restrictions to permit him to travel to the state of Connecticut for work. Jarrod Schaeffer, AUSA on behalf of the Government and Christina Venable, on behalf of pretrial services have no objection to this request. Your Honor's time and consideration of this request is greatly appreciated.

                                    Respectfully submitted,
                                     s/
                                     Lorraine Gauli-Rufo
                                     Attorney for Robert Balducci

cc:  Jarrod Lee Schaeffer, AUSA
     Christina Venable, PTSO