

6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

January 7, 2022

*Via ECF*
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
District of New Jersey

Re: *United States v. Robert Balducci*
21-CR-00355 (RMB)

Dear Judge Berman:

Sentencing for Mr. Balducci is set before Your Honor on January 25, 2022. As of today, we have not received Mr. Balducci's final presentence report, therefore, we are respectfully requesting a 30-day adjournment in order to have sufficient time to review the final PSR report once received. Jarrod Schaeffer, AUSA, on behalf of the Government has no objection to a 30-day adjournment (and exclusion of time). Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,

s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
*Attorney for Robert Balducci*

Application granted. Sentence is adjourned to March 1, 2022 at 10:00AM. Defense submission due 2/15/22. Government submission due 2/22/22. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 1/13/2022
Richard M. Berman, U.S.D.J.