

6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 1, 2022

*Via ECF*
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
District of New Jersey

        Re: *United States v. Robert Balducci*
           21-CR-00355 (RMB)

Dear Judge Berman:

    Your Honor recently granted Mr. Balducci's, request for an adjournment of sentencing to March 22, 2022, at 10:30 am. Unfortunately, defense counsel has another matter scheduled before Judge Vyskocil, at that time. Therefore, we are respectfully requesting that the time for the hearing be changed to 11:30 am or anytime thereafter, if that meets with Your Honor's approval. The Government and the defense are both available at 11:30 or any time after on March 22, 2022. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,

s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
*Attorney for Robert Balducci*

Application granted. Sentencing is hereby adjourned to 11:30 AM on the same date.

SO ORDERED:
Date: 3/1/22
Richard M. Berman, U.S.D.J.