

# LGR
## LAW, LLC
### FEDERAL CRIMINAL DEFENSE

6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/22

March 8, 2022

*Via ECF*
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
District of New Jersey

      Re: *United States v. Robert Balducci*
           21-CR-00355 (RMB)

Dear Judge Berman:

    We are submitting our sentencing submission via ECF today. We are respectfully seeking permission to file redacted Exhibits via ECF which includes: photographs of Mr. Balducci's son, who is a minor and identifying information provided to us from people submitting character letters. Your Honor's time and consideration of this request is greatly appreciated.

                                                  Respectfully submitted,

                                                  s/ Lorraine Gauli-Rufo
                                                  Lorraine Gauli-Rufo
                                                  *Attorney for Robert Balducci*

---

**Application granted.**

cc: Jarrod Schaeffer, AUSA

SO ORDERED:
Date: 3/9/22          /s/ Richard M. Berman
                                Richard M. Berman, U.S.D.J.