

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

March 10, 2022

*Via Email*
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
District of New York

                       Re: *United States v. Robert Balducci*
                       Case No. 21-CR-00355

Dear Judge Berman:

    I represent Mr. Balducci in the above matter, pursuant to the Criminal Justice Act. Mr. Balducci's in person sentencing is scheduled for March 22, 2022. Mr. Balducci has requested a remote sentencing hearing rather than in person as he is not vaccinated against the COVID-19 virus. The Government takes no position on the foregoing request. Therefore, we respectfully request that Your Honor order that the above sentencing schedule for March 22, 2022 be remote.

Respectfully requested,

s/
Lorraine Gauli-Rufo, Esq.
CJA Attorney for Robert Balducci

Application granted.

SO ORDERED:
Date: 3/10/22
Richard M. Berman, U.S.D.J.