**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
             Government,

                                                                            21 CR. 355 (RMB)
   -against-

                                                                        **ORDER**

ROBERT BALDUCCI,
             Defendant.
------------------------------------------------------------X

      The sentencing scheduled for Tuesday, March 22, 2022 at 11:30 AM is hereby rescheduled to Monday, March 21, 2022 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0355

Dated: March 15, 2022
       New York, NY

                                                                _____
                                                                RICHARD M. BERMAN
                                                                    U.S.D.J.