**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                  21 CR. 355 (RMB)
    -against-

                                                                                                                  **ORDER**

ROBERT BALDUCCI,
                Defendant.
-------------------------------------------------------------X

        The sentencing scheduled for Monday, March 21, 2022 at 9:00 AM is hereby adjourned to Wednesday, April 13, 2022 at 11:00 AM.

        In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0355

Dated: March 30, 2022
         New York, NY

                                                                          *Richard M. Berman*
                                                                   _____
                                                                       RICHARD M. BERMAN
                                                                           U.S.D.J.