UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,    :       21 CR. 355 (RMB)
                                           :
        - against -                      :       **ORDER**
                                           :
ROBERT BALDUCCI,                           :
                Defendant.     :
---------------------------------------------------------------x


      The supervised release hearing is scheduled for Wednesday, April 19, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 272 958 592#


Dated: April 12, 2023
       New York, NY

                                          _____
                                             **RICHARD M. BERMAN**
                                                    **U.S.D.J.**