

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

April 14th, 2023

*Via ECF*
Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/23

Re: United States v. Robert Balducci
Case No. 21-cr-00355 (RMB)

Dear Judge Berman:

  I was appointed to represent Robert Balducci pursuant to the Criminal Justice Act (CJA) in the above criminal matter. Mr. Balducci was sentenced April 13th, 2023 and his case was closed that same day. On April 12th, 2023, I received a notification of a supervised release hearing scheduled for April 19th, 2023, before Your Honor. I am respectfully requesting that Your Honor reappoint me to represent Mr. Balducci in the above matter. Your Honor's time and consideration is greatly appreciated.

Application granted.

SO ORDERED:
Date: 4/19/23    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

Respectfully submitted,

*Lorraine Gauli-Rufo,*
*Attorney for Robert Balducci*