UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

                     Government,    :      21 CR. 355 (RMB)

    - against -          :      **ORDER**

ROBERT BALDUCCI,         :
                 Defendant.    :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 31, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 144 354 428#

Dated: May 24, 2023
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                         U.S.D.J.