**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                    Government,           :       21 CR. 355 (RMB)
                                                    :
        - against -                               :       **ORDER**
                                                    :
ROBERT BALDUCCI,                                    :
                    Defendant.            :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 10, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 496 042 342#

Dated: August 2, 2023
       New York, NY

                                          _Richard M. Berman_
                                          **RICHARD M. BERMAN**
                                                    **U.S.D.J.**