**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                     Government,         :       21 CR. 355 (RMB)
                                          :
        - against -                   :       **ORDER**
                                          :
ROBERT BALDUCCI,                          :
                     Defendant.          :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 14, 2023 at 3:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 282 681 870#

Dated: September 6, 2023
       New York, NY

                                                                */s/ Richard M. Berman*
                                                          **RICHARD M. BERMAN**
                                                                    **U.S.D.J.**