UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                :
                     Government,        :       21 CR. 355 (RMB)
                                                :
       - against -                            :       **ORDER**
                                                :
ROBERT BALDUCCI,                                :
                     Defendant.         :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, September 14, 2023 at 3:00 P.M. is hereby rescheduled to Monday, November 30, 2023 at 2:30 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 282 681 870#

Dated: September 20, 2023
       New York, NY

                                                                               **RICHARD M. BERMAN**
                                                                               U.S.D.J.