UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                     Government,       :        21 CR. 355 (RMB)
                                          :
     - against -                         :        **ORDER**
                                          :
ROBERT BALDUCCI,                          :
                     Defendant.        :
----------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, November 30, 2023 at 2:30 P.M. is hereby rescheduled to Tuesday, December 5, 2023 at 2:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 282 681 870#

Dated: October 17, 2023
       New York, NY

                                                               *Richard M. Berman*
                                                       **RICHARD M. BERMAN**
                                                              **U.S.D.J.**