**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,          :       21 CR. 355 (RMB)
                                         :
       - against -                 :       **ORDER**
                                         :
ROBERT BALDUCCI,                         :
                Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 21, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 802 703 578#

Dated: December 13, 2023
       New York, NY

                                                  _____
                                                    **RICHARD M. BERMAN**
                                                         **U.S.D.J.**