UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

ROBERT BALDUCCI,

                       Defendant.
----------------------------------------------------------X

**ORDER**

21 Cr 355

       The Court requests that Ms. Mondella focus additional time in therapy to explore Mr. Balducci's inadequately explained failure to attend his December 5, 2023 scheduled Supervised Release hearing.  His absence and explanation on December 21, 2023 reflect poor choice and poor decision making, in my judgment.  It is quite unusual in supervision for supervisees to completely overlook a Court hearing or appearance.   We can discuss this further at the next hearing on February 15, 2024 at 9:00 am.


Dated: New York, New York
       December 21,  2023

                                          */s/ RMB*
                                          **RICHARD M. BERMAN, U.S.D.J.**