**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Government, | : | 21 CR. 355 (RMB) |
| - against - | : | **ORDER** |
| ROBERT BALDUCCI, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 15, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 416 275 691#

Dated: February 7, 2024
       New York, NY

                                                             _Richard M. Berman_
                                                        **RICHARD M. BERMAN**
                                                               **U.S.D.J.**