**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                                    :
                 Government,     :       21 CR. 355 (RMB)
                                                      :
         - against -             :       **ORDER**
                                                       :
ROBERT BALDUCCI,               :
                 Defendant.     :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, March 27, 2024 at

12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 241 969 740#


Dated: March 18, 2024
      New York, NY

                                           *Richard M. Berman*
                                    ————————————————————
                                      **RICHARD M. BERMAN**
                                          **U.S.D.J.**