**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                              Government,       :          21 CR. 355 (RMB)
                                               :
            - against -                         :          **ORDER**
                                               :
ROBERT BALDUCCI,                               :
                              Defendant.         :
-----------------------------------------------------------------x


        The supervised release hearing is scheduled for Monday, May 20, 2024 at

9:00 A.M.

        In the absence of defense objection, the proceeding will be held by video.

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


        Dial-in Number: (646) 453-4442
        Conference ID: 352 132 921#


Dated: May 15, 2024
        New York, NY

                                              *Richard M. Berman*
                                        _____
                                        **RICHARD M. BERMAN**
                                              **U.S.D.J.**