

**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

May 15, 2024

*Via ECF*
Honorable Richard M. Berman
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/24
```

Re: United States v. Robert Balducci
Case No. 21-cr-00355 (RMB)

Dear Judge Berman:

I am writing to request that my associate, Hannah Eaves, Esq., be permitted to stand in on my behalf for Mr. Balducci's next Supervised Release hearing, which is scheduled before Your Honor on May 20, 2024 at 9:00 am. I have a sentencing hearing scheduled at the same time before Hon. Jennifer Critchley, J.S.C. of the New Jersey Superior Court in Essex County, New Jersey. Ms. Eaves serves as an associate on many of my CJA appointed cases and has appeared on my behalf on numerous occasions both in the Southern District of New York and the District of New Jersey. She is fully apprised of the circumstances surrounding this case and will be capable of representing Mr. Balducci in my absence. Your Honor's time and consideration to this matter is greatly appreciated.

Application granted.

Respectfully submitted,

*[signature]*

Lorraine Gauli-Rufo,
*Attorney for Robert Balducci*

SO ORDERED:
Date: 5/15/24      *[signature]* Richard M. Berman
                   Richard M. Berman, U.S.D.J.