UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,       :     21 CR. 355 (RMB)
                                           :
        - against -                     :     **ORDER**
                                           :
ROBERT BALDUCCI,                           :
                        Defendant.       :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, June 10, 2024 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 969 529 783#

Dated: June 5, 2024
       New York, NY

                                                      _____
                                                      **RICHARD M. BERMAN**
                                                          **U.S.D.J.**