

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

June 5, 2024

*Via ECF*
Honorable Richard M. Berman
United States District Court Judge
Daniel Patrick Moynihan Building
500 Pearl Street
New York, NY 10007-1312

          Re: United States v. Robert Balducci
          Case No. 21-cr-00355 (RMB)

Dear Judge Berman:

    I am writing to respectfully request an adjournment of Mr. Balducci's upcoming Violation of Supervised Release hearing on June 10, 2024. This morning, I received an update from Mr. Balducci's state attorney that his pending state matter has been adjourned until June 18, 2024. She indicated to me that at that time, it is likely that a resolution would be reached on that matter. To that end, I would respectfully request that Mr. Balducci's hearing be adjourned until after June 18, 2024. Joseph Rosenburg, AUSA, on behalf of the government, has no objection to this request. Jana Nieman, on behalf of U.S. Probation, likewise has no objection to this request.

Your Honor's time and attention to this matter is greatly appreciated.

                                          Respectfully submitted,

                                          Lorraine Gauli-Rufo,
                                          *Attorney for Robert Balducci*

---

Application Granted. The hearing is adjourned to Monday July 8, 2024 at 11:00 A.M.

SO ORDERED:
Date: 6/5/2024
Richard M. Berman, U.S.D.J.