**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                            :
                          Government,               :        21 CR. 355 (RMB)
                                                                            :
        - against -                              :        **ORDER**
                                                                            :
ROBERT BALDUCCI,                                      :
                                                                            :
                          Defendant.                  :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, July 8, 2024 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 969 529 783#

Dated: June 26, 2024
      New York, NY

                                                         */s/ Richard M. Berman*
                                                          **RICHARD M. BERMAN**
                                                             **U.S.D.J.**