

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

July 1, 2024

*Via ECF*
Hon. Richard M. Berman
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re: USA v. Robert Balducci
                   Case No. 21-cr-0355 (RMB)

Dear Judge Berman,

    I am writing to request that my associate, Hannah Eaves, Esq., be permitted to stand in on my behalf for Mr. Balducci's next Supervised Release hearing, which is scheduled before Your Honor on July 8, 2024 at 11:00 am, as I have a conflict. Ms. Eaves stood in on my behalf on Mr. Balducci's most recent Supervised Release hearing on May 20, 2024. She is fully apprised of the circumstances surrounding this case and will be capable of representing Mr. Balducci in my absence. Moreover, Mr. Balducci consents to her standing in for the hearing. Your Honor's time and attention to this matter is greatly appreciated.

                                          Respectfully submitted,

                                          Lorraine Gauli-Rufo,
                                          *Attorney for Robert Balducci*

---

Application granted.

SO ORDERED:
Date: 07/01/2024
Richard M. Berman, U.S.D.J.