**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Government, | : | 21 CR. 355 (RMB) |
| - against - | : | **ORDER** |
| ROBERT BALDUCCI, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 31, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 323 529 641#

Dated: October 23, 2024
        New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**