UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -   21-CR-355 (RMB)

ROBERT BALDUCCI,   **DECISION & ORDER**

*Defendant.*

------------------------------------------------------------X

The application, submitted by defense counsel Lorraine Gauli-Rufo, dated November 13, 2024 (ECF No. 88), is respectfully denied. *See* Supervised Release Hearing Transcript, dated October 31, 2024; *see also* the Court's Order, dated November 4, 2024.

The October 31, 2024 hearing included, among other things, a helpful discussion of in-person therapy versus tele-therapy in Mr. Balducci's particular case. Tele-therapy can be a valuable tool in appropriate circumstances.

We can re-visit the issue of tele-therapy and in-person therapy in six months (May 15, 2025) if Mr. Balducci meets all of his supervised release conditions (including no new arrests) during that time.

Date: November 15, 2024
New York, New York

**RICHARD M. BERMAN, U.S.D.J.**

1