

MEMO ENDORSED
p2



LGR LAW, LLC
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

November 15, 2024

*Via ECF*
Hon. Richard Berman
United States Magistrate Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Robert Balducci
21-cr-0355 (RMB)

Dear Judge Berman,

We received Your Honor's order denying Mr. Balducci's request for virtual therapy sessions with his current therapist starting after two weeks, when she is no longer available for in person therapy sessions. Respectfully, we are seeking clarification regarding this. As mentioned, Ms. Mondella will be without a physical location to conduct in person therapy visits for a few weeks, beginning 2 weeks from now and ending in approximately January 2025. Is it Your Honor's position that Mr. Balducci seek an alternative therapist during this time, since Ms. Mondella will not be able to accommodate in person sessions until the construction on her new practice is completed? Jana Nieman has advised that it is her hope that Mr. Balducci can continue treatment with Ms. Mondella, as the two of them have formed a relationship and he has shown progress and improvement with her as a provider. We thank Your Honor for the clarification.

Respectfully Submitted,

Lorraine Gauli-Rufo, Esq.
*Attorney for Robert Balducci*

cc: Joseph Rosenberg, AUSA
 Jana Nieman, USPO
 Melissa Mondella, Central Park Recovery Therapist

> The Court's Order was as clear as I can make it. Counsel and Probation and Ms. Mondella respectfully should get together and arrange for face to face therapy without interruption, in accordance with the Order. An alternate therapist is one way.
>
> SO ORDERED:
> Date: 11/19/24            Richard M. Berman
>                           Richard M. Berman, U.S.D.J.