UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,    :    21 CR. 355 (RMB)
                                           :
       - against -                          :    **ORDER**
                                           :
ROBERT BALDUCCI,                           :
                                           :
                 Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 4, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 199 087 611#

Dated: November 20, 2024
       New York, NY

                                        *Richard M. Berman*
                                **RICHARD M. BERMAN**
                                        **U.S.D.J.**