UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                   Government,           :         21 CR. 355 (RMB)
                                             :
     - against -                            :         **ORDER**
                                             :
ROBERT BALDUCCI,                             :
                                             :
                   Defendant.            :
---------------------------------------------------------------x

       The supervised release hearing previously scheduled for Wednesday, December 4, 2024 at 9:00 A.M. is hereby rescheduled to Monday, December 9, 2024 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 199 087 611#

Dated: December 4, 2024
       New York, NY

                                               **RICHARD M. BERMAN**
                                                      **U.S.D.J.**