**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,    :    21 CR. 355 (RMB)
                                           :
     - against -                        :    **ORDER**
                                           :
ROBERT BALDUCCI,                           :
                                           :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 15, 2025 at 9:00 A.M.

On all the parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 623 504 931#

Dated: May 7, 2025
       New York, NY

                                    *Richard M. Berman*
                                **RICHARD M. BERMAN**
                                      **U.S.D.J.**