UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :       21 CR. 355 (RMB)
                                         :
       - against -                     :       **ORDER**
                                         :
ROBERT BALDUCCI,                         :
                                         :
                Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 26, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 624 073 55#

Dated: June 18, 2025
       New York, NY

                                              RICHARD M. BERMAN
                                                    U.S.D.J.