UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,                 :       21 CR. 355 (RMB)
                                           :
       - against -                         :       **ORDER**
                                           :
ROBERT BALDUCCI,                           :
                                           :
                Defendant.                  :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 9, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 794 743 087#

Dated: October 1, 2025
       New York, NY

                                                                  **RICHARD M. BERMAN**
                                                                          **U.S.D.J.**