UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                      Government,      :       21 CR. 355 (RMB)
                                             :
      - against -                           :       **ORDER**
                                             :
ROBERT BALDUCCI,                             :
                                             :
                      Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 17, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 547 958 553#

Dated: November 12, 2025
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**