**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :

                   Government,    :        21 Cr. 355 (RMB)

        - against -                                 :        **ORDER**

ROBERT BALDUCCI,                                   :

                Defendant.    :
-------------------------------------------------------------------x


      The supervised release hearing is scheduled for January 26, 2026 at 11:00 A.M. on

Microsoft Teams. The Court will send the link by email.


Dated: January 22, 2026
      New York, NY

                                  **RICHARD M. BERMAN**
                                     **U.S.D.J.**