UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                              Government,           :          21 Cr. 355 (RMB)
                                                    :
              - against -                           :          **ORDER**
                                                    :
ROBERT BALDUCCI,                                    :
                                                    :
                              Defendant.            :
------------------------------------------------------------------x

The supervised release hearing previously scheduled for January 26, 2026 at 11:00 A.M. is hereby rescheduled to Wednesday, February 11, 2026 at 9 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: January 26, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**